IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES STROUSE,

    Plaintiff,

v.                                      Civil Action No. 3:14CV452

E.D. WILSON, et al.,

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on July 2, 2014, the Court conditionally docketed this action. At that time, the Court directed James Strouse to submit a statement under oath or penalty of perjury that:

    (A)  Identifies the nature of the action;
    (B)  States his belief that he is entitled to relief;
    (C)  Avers that he is unable to prepay fees or give security therefor; and,
    (D)  Includes a statement of the assets he possesses.

See 28 U.S.C. § 1915(a)(1). The Court provided Strouse with an in forma pauperis affidavit form for this purpose.

Additionally, the Court directed Strouse to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Strouse that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Strouse has not complied with the order of this Court. Strouse failed to return the <u>in forma pauperis</u> affidavit and the consent to collection of fees form. As a result, he does not qualify for <u>in forma pauperis</u> status. Furthermore, he has not paid the statutory filing fee for the instant action. <u>See</u> 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. <u>See</u> Fed. R. Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Strouse.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: August 18, 2014
Richmond, Virginia